U.S. District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| BRIAN OWEN JENKINS,<br>    Plaintiff, | 3:17-cv-05986-RSL |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | ORDER FOR ATTORNEY FEES |

The court finds and orders an attorney fee of $24,000 pursuant to 42 U.S.C. § 406(b). Such funds shall be paid to Schneider, Kerr & Robichaux, PO Box 14490, Portland, OR 97293. The attorney fee of $2,412.95 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this 5th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE